Robert P. Simons (*pro hac vice to be filed*)
rsimons@reedsmith.com
Jeffrey G. Wilhelm (*pro hac vice to be filed*)
jwilhelm@reedsmith.com
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Phone: +1 412 288 3131
Fax:    +1 412 288 3063

Douglas C. Rawles (SBN 154791)
drawles@reedsmith.com
Farah Tabibkhoei (SBN 266312)
ftabibkhoei@reedsmith.com
Reed Smith LLP
355 South Grand Avenue Suite 2900
Los Angeles, CA 90071
Phone: +1 213 457 8000
Fax:    +1 213 457 8080

Attorneys for Plaintiffs
The Monongalia County Coal Company
and Murray Energy Corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| THE MONONGALIA COUNTY COAL COMPANY, a Delaware corporation, and MURRAY ENERGY CORPORATION, an Ohio corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CONSULTANTS GROUP COMMERCIAL FUNDING CORPORATION d/b/a CG COMMERCIAL FINANCE and as PASSCHENDAELE CAPITAL FUND, a California corporation,<br><br>        Defendant. | Case No. 8:17-cv-2182<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**<br><br>**[F.R.C.P. 7.1; CIV. L.R. 7.1-1]** |

PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## I. CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs The Monongalia County Coal Company and the Murray Energy Corporation hereby submit the following joint corporate disclosure statement:

Plaintiff Murray Energy Corporation ("MEC"), an Ohio corporation, is the legal entity that owns several bituminous coal producing assets. MEC is a wholly owned subsidiary of Murray Energy Holdings Company, a Delaware corporation. All shares of Murray Energy Holdings Company are held by the Robert E. Murray Family Trust with Mr. Robert E. Murray as Trustee.

MEC is the parent company of Ohio Valley Resources, Inc., an Ohio Corporation. Murray American Energy, Inc., a Delaware corporation, is a wholly owned subsidiary of Ohio Valley Resources, Inc. Murray American Energy, Inc. is the legal entity that owns, inter alia, The Monongalia County Coal Company.

Plaintiff The Monongalia County Coal Company, a Delaware corporation, is a wholly owned subsidiary of Murray American Energy, Inc., and owns and operates the Monongalia County Mine.

No publicly held entities have a 10% or greater interest in Murray Energy Corporation, Ohio Valley Resources, Inc., Murray American Energy, Inc., or the Monongalia County Coal Company.

## II. CERTIFICATE OF INTERESTED PARTIES

The undersigned, counsel of record for Plaintiffs The Monongalia County Coal Company and Murray Energy Corporation, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case:

1. Murray Energy Holdings Company (parent company of Murray Energy Corporation)

2. Murray American Energy, Inc. (parent company of The Monongalia County Coal Company)

– 2 –

PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: December 13, 2017

By: */s/ Douglas C. Rawles*
Douglas C. Rawles
Farah Tabibkhoei
Attorneys for Plaintiffs

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 3 –
PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES